**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-15-0000420**
**23-NOV-2016**
**09:34 AM**

NO. CAAP-15-0000420

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

<u>CIVIL NO. 03-1-0546-03</u>

IN THE MATTER OF
UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO,
Complainant-Appellant-Appellant,

vs.

TIMOTHY A. HOUGHTON, DEPUTY DIRECTOR, DEPARTMENT OF
ENVIRONMENTAL SERVICES, CITY AND COUNTY OF HONOLULU;
LORI M.K. KAHIKINA, DIRECTOR, DEPARTMENT OF
ENVIRONMENTAL SERVICES, CITY AND COUNTY OF HONOLULU;
CAROLEE C. KUBO, DIRECTOR, DEPARTMENT OF HUMAN RESOURCES,
CITY AND COUNTY OF HONOLULU; AND KIRK CALDWELL, MAYOR,
CITY AND COUNTY OF HONOLULU,
Respondents-Appellees-Appellees,

and

HAWAII LABOR RELATIONS BOARD, JAMES B. NICHOLSON, CHAIRPERSON;
ROCK B. LEY, BOARD MEMBER; AND SESNITA A.D. MOEPONO,
BOARD MEMBER,
Agency-Appellees-Appellees.

CIVIL NO. 03-1-0552-03

IN THE MATTER OF
UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO,
Complainant-Appellee-Appellant,

vs.

TIMOTHY A. HOUGHTON, DEPUTY DIRECTOR, DEPARTMENT OF
ENVIRONMENTAL SERVICES, CITY AND COUNTY OF HONOLULU;
LORI M.K. KAHIKINA, DIRECTOR, DEPARTMENT OF
ENVIRONMENTAL SERVICES, CITY AND COUNTY OF HONOLULU;
CAROLEE C. KUBO, DIRECTOR, DEPARTMENT OF HUMAN RESOURCES,
CITY AND COUNTY OF HONOLULU; AND KIRK CALDWELL, MAYOR,
CITY AND COUNTY OF HONOLULU,
Respondents-Appellants-Appellees,

and

HAWAII LABOR RELATIONS BOARD, JAMES B. NICHOLSON, CHAIRPERSON;
ROCK B. LEY, BOARD MEMBER; AND SESNITA A.D. MOEPONO,
BOARD MEMBER,
Agency-Appellees-Appellees.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Opinion of the court, filed on September 15, 2016, is hereby corrected as follows:

1.  On page 7, in the third line from the bottom of the page, the word "of" should be inserted between "purposes" and "HRS" so that as corrected, the text reads: ". . . for purposes of HRS § 657-5 . . . ."

2.  On page 9, in the seventh line, the word "limitation" should be replaced with "limitations" so that as corrected, the text reads: ". . . statute of limitations . . . ."

---

[1] Nakamura, Chief Judge, and Leonard, J., with Foley, J., dissenting.

3. On page 13, in the twelfth line of footnote 8, the word "limitation" should be replaced with "limitations" and the "§" symbol should be inserted between "HRS" and "657-5" so that as corrected the text reads: ". . . statutes of limitations in construing HRS § 657-5 . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, November 23, 2016.

FOR THE COURT:

Craig H. Nakamura

Chief Judge

3